UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrew Moses

Write the full name of each plaintiff.

No. **16CV 7920**
(To be filled out by Clerk's Office)

-against-

Officer Daniel Spies
Officer John Doe
Officer John Doe
Officer John Doe

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Andrew__          __M__              __Moses__
First Name          Middle Initial      Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__NYSID:# 00449962__          __BKC:# 349160 7870__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__M.D.C__
Current Place of Detention

__125 White Street__
Institutional Address

__New York__           __NY__         __10013__
County, City            State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Daniel
Last Name: Spies
Shield #: 14722
Current Job Title (or other identifying information): Officer of Housing Boro Manhattan Impact Response team

Current Work Address
County, City: New York
State: NY
Zip Code:

**Defendant 2:**
First Name: John
Last Name: Doe
Shield #:
Current Job Title (or other identifying information): Officer of Housing Boro Manhattan Impact Response team

Current Work Address
County, City: New York
State: NY
Zip Code:

**Defendant 3:**
First Name: John
Last Name: Doe
Shield #:
Current Job Title (or other identifying information): Officer of Housing Boro Manhattan Impact Response team

Current Work Address
County, City: New York
State: NY
Zip Code:

**Defendant 4:**
First Name: John
Last Name: Doe
Shield #:
Current Job Title (or other identifying information): Officer of Housing Boro Manhattan Impact Response team

Current Work Address
County, City: New York
State: NY
Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: In the "Elevator" of building 2227 2ave New York, NY 10029

Date(s) of occurrence: 07/13/2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On July 13, 2016, I Andrew Moses was apprehend after been found hiding under the sink cabinet of building 2227 2ave #14D New York, NY 10029. Then I was brought out to the hallway were many officers, myself and Shantell was waiting about 10-15 mins. Due to one elevator working at the time. As we was waiting one of the officers John Doe, made a racial slur towards me causing other officers to laugh. Onces the elevator arrived officer John Doe, continued the foul remarks, causing me to shake my head and utter to myself. Officer John Doe ask me what I said. As I started to reply I was stop abruptly in mid sentance as officer John Doe grab me by my hair banging my head against the elevator wall using excessive force causing me to panic and yell for help as officer John Doe then punchs me mutiple time's to the side of my right face and eye until my legs buckle down leaving me on my knees. As the elevator reach the main platform I was lifted by my thumb and upper part of my shirt. While exiting the building I ask another officer or more like stated: "You couldnt help me", His reply was I should of kept my fucking mouth closed. Onces inside the proto-car they hand cuff my feet for what ever reason I don't know. I ask can they take me to the hospital and I explaind how I was in substantial pain while blood pour down my face. No reply as they spoke among them selfs. We arrived to PSA 5 shortly afterwards

I was brought straight to the back by passing the front desk. Again I ask about the hospital and was neglected emerency service. I had passed out and was awaken by a officer, asking me was I okay. I didn't answer due to me feeling dizzy with a headach on top of everything else that gone bad. I thought the officer came inside the cell holder to help me sit up straight or something but was wrong because he just ask him self out loud: "How could they miss my cell phone which was in my back side pocket. I ask what time it was. He informed me it was after 4 am, and I'll be in central booken soon. I ask for the 3rd time about taking me to the hospital he said to ask my arresting offcer I was finger printed and recived my property sheet and was leaving out the percent (PSA5) some time after 5 O'clock Am to central booken were I was later being process and then seen by the tombs doctors were they told both of the officers I needed to be seen at a hospital and tooking to a emergency room because my situation. Then the officers had no choices but to take me.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered a severe blood clot to the middle of my forehead with a open cut wound to my right eye Along with a sprained thumb I was put threw a Catscan & exray The glued my up gave me meds such as meclizine hydrocride, non-aspirin, IBupproffn and a ace ~~bang~~ bandage for my thumb.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I want to be accommodated one point five million dollars for truma pain & suffering

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 10/4/2016

Plaintiff's Signature: /s/ Moses

First Name: Andrew
Middle Initial: M
Last Name: Moses

Prison Address: 125 White Street

County, City: New York
State: NY
Zip Code: 10013

Date on which I am delivering this complaint to prison authorities for mailing: 10/4/2016

Andrew Moes
#3491607870
125 White Street
New York, NY 10013





Prose Intake Unit
500 Pearl Street
New York, NY. 10007

USM P3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2016 OCT -7 PM 3:49
S.D. OF N.Y.